

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2022

No. 04-22-00141-CV

**IN RE REYNOLDS ENERGY TRANSPORT, LLC AND REYNOLDS
TRANSPORTATION, INC.**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-00620
Honorable David A. Canales, Judge Presiding

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
                 Luz Elena D. Chapa, Justice
                 Lori I. Valenzuela, Justice

Relator filed its original petition for writ of mandamus on March 8, 2022. On March 31, 2022, real party in interest filed a response to the petition. On June 21, 2022, real party in interest filed a letter informing this court that a settlement had been reached between the parties and a motion to dismiss would be forthcoming. On July 8, 2022, relator filed a letter informing the court that the parties had not yet executed the settlement documents. On July 25, 2022, we ordered relator to file a motion to dismiss or an advisory informing the court of the status of the case. Relator responded providing that the parties "still have not yet executed the settlement documents," but did not provide any further information on the status of the settlement.

Therefore, we **ORDER** the parties to file a joint detailed advisory informing this court of the status of this case or relator to file a motion to dismiss by **August 26, 2022**.

It is so **ORDERED** on August 19, 2022.

---

[1] This proceeding arises out of Cause No. 2019-CI-00620, styled *Andrew Marvin Stock as Next Friend of Dianna Sue Marable v. Reynolds Energy Transport, LLC, et. al*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga, presiding. The Honorable David Canales signed the order at issue in this original proceeding.

ATTESTED TO: _Michael A. Cruz_

MICHAEL A. CRUZ,
CLERK OF COURT

PER CURIAM

